IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
United States District Court
Southern District of Texas
**ENTERED**
October 28, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| GREGORY GILREATH and EULA GILREATH, *on behalf of themselves, individually, and on behalf of all other persons similarly situated,* | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-2230 |
| TOTAL SAFETY U.S., INC., and TOTAL SAFETY U.S., INC. EMPLOYEE HEALTH and WELFARE BENEFIT PLAN, | § § § § § § | |
| Defendants. | § | |

<u>ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT</u>

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty (30) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on this 26TH day of October 2019.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE