United States District Court
Southern District of Texas
**ENTERED**
October 30, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GREGORY GILREATH and EULA, GILREATH, *on behalf of themselves, individually, and on behalf of all other persons similarly situated,*  §§§§§§§§§§§§§§§§§ | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. H-19-2230 |
| TOTAL SAFETY U.S., INC., and TOTAL SAFETY U.S., INC. EMPLOYEE HEALTH and WELFARE BENEFIT PLAN, | |
| Defendants. | |

### ORDER OF DISMISSAL ON STIPULATION

The Court is in receipt of the Plaintiff's Stipulation of Dismissal With Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), filed October 28, 2019, in which the Parties stipulate to the dismissal of this case with prejudice. Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice, with each party to bear its own costs and attorneys fees.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on October 30, 2019.

Ewing Werlein, Jr.
United States District Judge